**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

SELECTIVE INSURANCE COMPANY
OF THE SOUTHEAST,

        Plaintiff,

v.                                      CIVIL ACTION NO. 3:26-0016

FULL SPECTRUM, INC,
DENISE O'CONNOR,
ARDATH WALLACE,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

Before the Court is Plaintiff Selective Insurance Company of the Southeast's Motion to Extend Time for Service (ECF 13, Pl.'s Mot.). The Motion asks the Court to extend Selective's deadline to serve Defendant Ardath Wallace by sixty days. *See* Pl.'s Mot. 4.

Generally, a plaintiff in a federal civil action must serve each defendant within ninety days after filing its complaint. *See* Fed. R. Civ. P. 4(m). A court, however, must extend the service deadline if the plaintiff shows there is good cause to do so. *See id.*

Selective has shown good cause here. Selective's representative unsuccessfully attempted to serve Ms. Wallace at her last known address four times. *See* ECF 10, at 1–2. After, counsel for Selective contacted Ms. Wallace's attorney, Matthew Stapleton, to ask if he could accept service for Ms. Wallace. *See* Pl.'s Mot. § 16–21; Pl.'s Mot., Ex. A; Pl.'s Mot., Ex. B. Eventually, Selective's counsel was able to speak with Mr. Stapleton, who said he would ask Ms. Wallace whether he could accept service on her behalf. Pl.'s Mot. § 21–22. As of April 3, 2026, Mr. Stapleton has not confirmed whether he is authorized to accept service for Ms. Wallace. *See id.* §

-2-

23. Since Selective has "made 'reasonable, diligent' efforts to effect service on" Ms. Wallace, there is good cause to extend Selective's service deadline. *T & S Rentals v. United States*, 164 F.R.D. 422, 425 (N.D. W. Va. 1996).

Accordingly, the Court **GRANTS** Selective's Motion. The Court **EXTENDS** Selective's deadline to serve Ms. Wallace by sixty days.

ENTER:        April 6, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE